S. BRENT VOGEL
Nevada Bar No. 6858
Brent.Vogel@lewisbrisbois.com
AMANDA J. BROOKHYSER
Nevada Bar No. 11526
amanda.brookhyser@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Tel: 702.893.3383
Fax: 702.893.3789
Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| STEVEN M. ROWE, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>NAPHCARE INC. a foreign corporation; TRINIDAD DROZESKI, in his individual capacity; KRISTINE PAGADUAN, in her individual capacity; ANN BALOGH, in her individual capacity; HONE YE HUANG, in his individual capacity; HARRY DURAN, in his individual capacity; MYLISSA PECK, in her individual capacity; VALERIE GIBSON, in her individual capacity; EILEEN MURILLO in her individual capacity; DANIEL NAVARRO in his individual capacity; RAY MONTENEGRO in his individual capacity; OLGA KUBLA, in her individual capacity; KELLY WOODRING, in her individual capacity; DOES 1-10, in their individual capacities;<br><br>Defendants. | Case No. 2:18-cv-00568-RFB-CWH<br><br>**STIPULATION AND (PROPOSED) ORDER TO EXTEND TIME FOR DEFENDANT TO RESPOND TO PLAINTIFFS' COMPLAINT** |

IT IS STIPULATED between Plaintiff Steven M. Rowe and Defendants by and through their respective counsel, and pursuant to LR 7-1, that the time for Defendant to answer Plaintiff's

4842-0658-3395.1     1

Complaint (ECF No. 1) is hereby extended by forty-five days, or to June 7, 2018, to complete services on all Defendants.

IT IS FURTHER STIPULATED between the parties that this stipulated extension of time does not operate as any admission or waiver of any claim or defense by Plaintiff or Defendant.

DATED this 23rd day of April, 2018

GALLIAN WELKER & BECKSTROM LC

/s/ Travis N. Barrick
Travis N. Barrick
540 E. St. Louis Ave.
Las Vegas, Nevada 89104
*Attorneys for Plaintiffs*

DATED this 23rd day of April, 2018

LEWIS BRISBOIS BISGAARD & SMITH LLP

/s/ S. Brent Vogel
S. Brent Vogel
Amanda J. Brookhyser
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
*Attorneys for Defendants*

**ORDER**

IT IS SO ORDERED.

_____
U.S. DISTRICT/MAGISTRATE JUDGE

Dated: April 24, 2018

4842-0658-3395.1

2