# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| STEVEN M. ROWE,<br><br>        Plaintiff,<br><br>v.<br><br>NAPHCARE, INC., et al.,<br><br>        Defendants. | Case No. 2:18-cv-00568-RFB-CWH<br><br>**ORDER** |

On February 21, 2019, the court entered an order denying defendants' motion to dismiss and referring the matter to the undersigned for the purpose of a scheduling order. (Order (ECF No. 24).) Local Rule 26-1(a) requires that the "plaintiff's attorney must initiate the scheduling of the conference required by Fed. R. Civ. P. 26(f) to be held within 30 days after the first defendant answers or otherwise appears. Fourteen days after the mandatory Fed. R. Civ. P. 26(f) conference, the parties must submit a stipulated discovery plan and scheduling order." Having reviewed the docket in this case, the parties have not filed a proposed discovery plan and scheduling order.

IT IS THEREFORE ORDERED that within 21 days from the date of this order, the parties must meet and confer, and file a proposed discovery plan and scheduling order.

DATED: February 22, 2019

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE