# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

* * *

|  |  |
|---|---|
| STEVEN M. ROWE, | Case No. 2:18-cv-00568-RFB-CWH |
| Plaintiff, | |
| v. | **ORDER** |
| TRINIDAD DROZESKI, et al., | |
| Defendants. | |

Presently before the court is the parties' joint discovery plan and scheduling order (ECF No. 28), filed on March 7, 2019. Local Rule 26-1 provides that discovery plans must include a certification that the parties "met and conferred about the possibility of using alternative dispute-resolution processes including mediation, arbitration, and if applicable, early neutral evaluation." LR 26-1(b)(7). Additionally, the parties must certify that "that they considered consent to trial by a magistrate judge . . . ." LR 26-1(b)(8). The parties do not provide the required certifications setting forth that they considered using the alternative dispute-resolution process and trial by a magistrate judge. The court therefore will deny the motion for failure to comply with Local Rule 26-1(b)(7)-(8).

IT IS THEREFORE ORDERED that the parties' joint discovery plan and scheduling order (ECF No. 28) is DENIED without prejudice.

DATED: April 4, 2019

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE