S. BRENT VOGEL
Nevada Bar No. 6858
Brent.Vogel@lewisbrisbois.com
ADAM GARTH
Nevada Bar No. 15045
Adam.Garth@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 South Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
T: 702.893.3383
F: 702.893.3789
*Attorneys for Defendants NaphCare Inc.,
Trinidad Drozeski,*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| STEVEN M. ROWE, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>NAPHCARE, INC., et al.,<br><br>Defendants. | Case No. 2:18-cv-00568-RFB-DJA<br><br>**STIPULATION TO EXTEND THE TIME TO FILE JOINT PRETRIAL ORDER**<br>**(First Request)** |

Defendants NAPHCARE INC., TRINIDAD DROZESKI, AND HONG YE HUANG, (collectively "Defendants") and Plaintiff STEVEN M. ROWE, by and through their respective attorneys of record, stipulate that the time to file a joint pretrial order be extended thirty (30) days, up to and including **September 20, 2021**,

This stipulation is made in good faith and not for the purpose of delay. There are extensive issues required to be completed by the parties including expected witnesses, motions in limine, party contentions and disputed facts and issues of law which must be properly articulated to the Court to give the most accurate case status and expected trial issues. Both parties have been working diligently to prepare their respective portions of the Order.

/ / /

/ / /

/ / /

4846-2452-0695.1

DATED this 19th day of August, 2021.

LEWIS BRISBOIS BISGAARD & SMITH LLP

By: /s/ *Adam Garth*
S. Brent Vogel, Esq.
Nevada Bar No. 6858
Adam Garth, Esq.
Nevada Bar No. 15045
6385 South Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
T: 702.893.3383
F: 702.893.3789
*Attorneys for Defendants*

DATED this 19th day of August, 2021.

GALLIAN WELKER, & BECKSTROM, LC

By: /s/ *Travis N. Barrick*
Travis N. Barrick,
Nevada Bar No. 9257
540 E. St. Louis Ave.
Las Vegas, Nevada 89117
Tel: 702.892.3500
Fax: 702.386.1946
*Attorneys for Plaintiff*

## ORDER

IT IS SO ORDERED that the deadline to file the Joint Pretrial Order is extended until September 20, 2021.

Dated this 20th day of August, 2021.

_____
RICHARD E. BOULWARE, II
United States District Court

# CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I certify that I am an employee of LEWIS BRISBOIS BISGAARD & SMITH LLP and that on this 19th day of August 2021, I did cause a true copy of **STIPULATION TO EXTEND THE TIME TO FILE JOINT PRETRIAL ORDER (First Request)** to be served via electronic service by the U.S. District Court CM/ECF system to the parties on the Electronic Filing System.

Travis N. Barrick, # 9257
GALLIAN WELKER,
& BECKSTROM, LC
540 E. St. Louis Avenue
Las Vegas, Nevada 89117
Telephone: (702) 892-3500
Facsimile: (702) 386-1946
tbarrick@vegascase.com
Attorneys for Steven M. Rowe
*Attorneys for Plaintiff*
*Steven M. Rowe*

By  /s/ *Roya Rokni*
    an Employee of
    LEWIS BRISBOIS BISGAARD & SMITH LLP

4846-2452-0695.1

# Rokni, Roya

| | |
|---|---|
| **From:** | Garth, Adam |
| **Sent:** | Thursday, August 19, 2021 3:47 PM |
| **To:** | Rokni, Roya |
| **Subject:** | Fwd: Adam Garth sent you "Rowe - SAO to Extend Time to File Joint Pretrial Order" |



**Adam Garth**
**Partner**
**Adam.Garth@lewisbrisbois.com**

T: **702.693.4335**  F: **702.366.9563**

**6385 South Rainbow Blvd., Suite 600, Las Vegas, NV 89118**  |  **LewisBrisbois.com**

**Representing clients from coast to coast. View our locations nationwide.**

This e-mail may contain or attach privileged, confidential or protected information intended only for the use of the intended recipient. If you are not the intended recipient, any review or use of it is strictly prohibited. If you have received this e-mail in error, you are required to notify the sender, then delete this email and any attachment from your computer and any of your electronic devices where the message is stored.

**Adam Garth**
**Partner**
Las Vegas Rainbow
702.693.4335 or x7024335

---

**From:** Travis N. Barrick <tbarrick@vegascase.com>
**Sent:** Thursday, August 19, 2021 3:45:15 PM
**To:** Garth, Adam <Adam.Garth@lewisbrisbois.com>
**Subject:** [EXT] RE: Adam Garth sent you "Rowe - SAO to Extend Time to File Joint Pretrial Order"

> **Caution:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Lovely.
OK to use my e-signature.

Travis N. Barrick, Esq.
540 E. St. Louis Avenue
Las Vegas, Nevada 89104
(702) 892-3500
(702) 386-1946 - Facsimile
tbarrick@vegascase.com

1

# GALLIAN WELKER & BECKSTROM, L.C.

St. George UT Office (435) 628-1682

DISCLAIMER: Any accounting, business, or tax advice contained in this communication, including attachments and enclosures, is not intended as a thorough, in-depth analysis of specific issues, nor a substitute for a formal opinion, nor is it sufficient to avoid tax-related penalties. If desired, Gallian Welker & Beckstrom, LC would be pleased to perform the requisite research and provide you with a detailed written analysis. Such an engagement may be the subject of a separate engagement letter that would define the scope and limits of the desired consultation services.

---

**From:** Garth, Adam <Adam.Garth@lewisbrisbois.com>
**Sent:** Thursday, August 19, 2021 3:25 PM
**To:** Travis N. Barrick <tbarrick@vegascase.com>
**Cc:** Vogel, Brent <Brent.Vogel@lewisbrisbois.com>; Rokni, Roya <Roya.Rokni@lewisbrisbois.com>; Bradley-Estrada, Mary <Mary.Bradley-Estrada@lewisbrisbois.com>; Armantrout, Heather <Heather.Armantrout@lewisbrisbois.com>
**Subject:** Adam Garth sent you "Rowe - SAO to Extend Time to File Joint Pretrial Order"
**Importance:** High

Travis,

Attached is the proposed stipulation to extend time to file the joint pre-trial order. If it is acceptable, please indicate whether we have your consent to use your e-signature thereon. Many thanks.

Adam Garth



**Adam Garth**
**Partner**
Adam.Garth@lewisbrisbois.com

**T:** 702.693.4335  **F:** 702.366.9563

6385 South Rainbow Blvd., Suite 600, Las Vegas, NV 89118  |  **LewisBrisbois.com**

**Representing clients from coast to coast. View our locations nationwide.**

This e-mail may contain or attach privileged, confidential or protected information intended only for the use of the intended recipient. If you are not the intended recipient, any review or use of it is strictly prohibited. If you have received this e-mail in error, you are required to notify the sender, then delete this email and any attachment from your computer and any of your electronic devices where the message is stored.