1  S. BRENT VOGEL
   Nevada Bar No. 6858
2  Brent.Vogel@lewisbrisbois.com
   ETHAN M. FEATHERSTONE
3  Nevada Bar No. 11566
   Ethan.Featherstone@lewisbrisbois.com
4  LEWIS BRISBOIS BISGAARD & SMITH LLP
   6385 South Rainbow Boulevard, Suite 600
5  Las Vegas, Nevada 89118
   T: 702.893.3383
6  F: 702.893.3789
   *Attorneys for Defendants NaphCare Inc.,*
7  *Trinidad Drozeski,*

8                    UNITED STATES DISTRICT COURT

9                          DISTRICT OF NEVADA

10 STEVEN M. ROWE, an individual,            Case No. 2:18-cv-00568-RFB-DJA

11              Plaintiff,                   **MOTION TO REMOVE ATTORNEY BRIGETTE E. FOLEY FROM SERVICE LIST**

12 vs.

13 NAPHCARE, INC., et al.,

14              Defendants.

15

16      Defendants NaphCare Inc., and Trinidad Drozeski, by and through their counsel of record

17 LEWIS BRISBOIS BISGAARD & SMITH LLP, respectfully request that Brigette E. Foley be

18 removed from the CM/ECF service list for the above-captioned case.  Ethan M. Featherstone, of

19 ///

20 ///

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

125186358.1

the law firm of LEWIS BRISBOIS BISGAARD & SMITH LLP has been added in place of Brigette E. Foley.

this 5th day of June, 2023

>LEWIS BRISBOIS BISGAARD & SMITH LLP
>
>By  /s/ Ethan M. Featherstone
>S. Brent Vogel
>Nevada Bar No. 006858
>Ethan M. Featherstone
>Nevada Bar No. 11566
>6385 S. Rainbow Boulevard, Suite 600
>Las Vegas, Nevada 89118
>Tel. 702.893.3383
>*Attorneys for Defendants NaphCare Inc., and Trinidad Drozeski*

**IT IS SO ORDERED**.

DATED: June 6, 2023

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

# CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I certify that I am an employee of Lewis Brisbois Bisgaard & Smith LLP LLP and that on this 5th day of June, 2023, I did cause a true copy of **MOTION TO REMOVE ATTORNEY BRIGETTE E. FOLEY FROM SERVICE LIST** to be served via electronic service by the U.S. District Court CM/ECF system to the parties on the Electronic Filing System.

Travis N. Barrick, # 9257
GALLIAN WELKER,
& BECKSTROM, LC
540 E. St. Louis Avenue
Las Vegas, Nevada 89117
Telephone: (702) 892-3500
Facsimile: (702) 386-1946
tbarrick@vegascase.com
Attorneys for Steven M. Rowe
*Attorneys for Plaintiff*
*Steven M. Rowe*

By   /s/ *Gaylene Kim-Mistrille*
an Employee of
LEWIS BRISBOIS BISGAARD & SMITH LLP



125186358.1